# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **IN RE:** | : | Case No. 1:24-bk-10041 |
| | : | |
| **RONALD J. GOLDSCHMIDT** | : | Chapter 7 |
| | : | |
| **Debtor.** | : | Judge Beth A. Buchanan |
| | : | |

## DEBTOR'S MOTION TO JUDICIAL LIEN OF 435 ELM INVESTMENT

Now come Debtor Ronald J. Goldschmidt ("Debtor"), by and through the undersigned counsel, and hereby moves to avoid the judicial lien of 435 Elm Investment ("Creditor") as it impairs Debtor's exemptions under Ohio law.

This Motion is supported by the Memorandum set forth below.

                                                                 */s/ William B. Fecher*
                                                                 William B. Fecher
                                                                 Statman Harris, LLC
                                                                 35 East 7th Street, Suite 315
                                                                 Cincinnati, Ohio 45202
                                                                 (513) 621-2666
                                                                 (513) 621-4896 (fac)
                                                                 wbfecher@statmanharris.com
                                                                 Attorney for Debtor

## MEMORANDUM

This Motion is filed pursuant to 11 U.S.C. §522(f)(1)(A). This Court has jurisdiction pursuant to 28 U.S.C. §1334 and §157. This is a core proceeding under 28 U.S.C. §157(K).

Creditor obtained a judgment against Debtor in a state court proceeding in the Hamilton County Common Pleas Court. In that proceeding, Creditor obtained a certificate of judgment and executed upon that judgment by having the Hamilton County Sheriff execute on Debtor's property

pursuant to a writ of execution on October 4, 2023 and October 27, 2023. The execution pursuant to a writ of execution created the lien on the Personal Property described below. See, e.g., O.R.C. §2329.03; *In re Charley*, 2015 Bankr. LEXIS 1298 (N.D. Ohio 2015). Additionally, Creditor obtained a Charging Order in Debtor's membership interests in two Ohio limited liability companies, Elm Street Deli, LC and Lunar Lounge, LLC. (the certificate of judgment, the execution by the Hamilton County Sheriff, and the Charging Order are collectively referred to as the "Judicial Liens").

In his schedules, Debtor claimed ownership interest and exemptions in (a) a 2013 Kia Rio, (b) a 1996 Gulfstream, (c) household goods and furnishings, (d) sports and hobby equipment, (e) firearms, (f) clothes, and (g) jewelry (collectively the "Personal Property"). Debtor also claimed ownership interest and exemptions in two Ohio limited liability companies, Elm Street Deli, LLC and Lunar Lounge, LLC (collectively the "Membership Interests"). See Schedule A/B. The claimed exemptions were set forth on Schedule C.

Creditor was listed a creditor in this proceeding, with a claim in the amount of $1,553,253.66 plus interest ("Creditor's Claim").

Debtor owned the Personal Property and the Membership Interests when Creditor recorded its certificate of judgment, had the Hamilton County execute upon the Personal Property, and obtained the Charging Order.

The total of the amount of Creditor's Claim plus the exemptions exceed the value of the Personal Property and Membership Interest. Accordingly, Creditor's Claim and the Judicial Liens impair Debtor's exemptions. Therefore, Debtor is entitled to an order from this Court avoiding

the Judicial Liens. See, e.g., *In re Pees*, 2013 Bankr. LEXIS 2958, *6 (N.D. Ohio 2013) (citations omitted); *Holland v Star Bank, N.A., (In re Holland)*, 151 F.3d 547, 549-50 (6th Cir. 1998).

No party has objected to the exemptions claimed by Debtor, no party has objected to the discharge of any of Debtor's debts, and this Court issued an order discharging Debtor of his debts on June 28, 2024.

The Chapter 7 Trustee has also filed a No Asset Report in this proceeding.

Accordingly, Debtor requests that this Court enter an order avoiding the Judicial Liens of 435 Elm Investment as against the Personal Property and the Membership Interests.

        Respectfully submitted,

        STATMAN HARRIS, LLC

        /s/ William B. Fecher
        William B. Fecher   (0039240)
        35 E. 7th Street, Suite 315
        Cincinnati, Ohio 45202
        Tel: (513) 621-2666 | Fax: (513) 621-4896
        wbfecher@statmanharris.com
        *Counsel for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In Re | ) | Case No. |
| | ) | **Chapter 7** |
| **RONALD J. GOLDSCHMIDT** | ) | **Judge Buchanan** |
| | ) | |
| | ) | |
| Debtor(s) | ) | **NOTICE OF MOTION TO AVOID** |
| | ) | **JUDICIAL LIEN** |

Attorney for the Debtor has filed a Motion to Avoid Judicial Lien with the Court.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then within 21 days from the date of this notice, you or your attorney must:

- File with the Court a written request for a hearing, or if the court requires a written response, an answer, explaining your position at:

> Clerk
> U.S. Bankruptcy Court
> Atrium Two, Suite 800
> 221 E. Fourth Street
> Cincinnati, Ohio 45202

If you mail your request or response to the court for filing, you must mail it early enough so the court will receive it on or before the date set forth in the Certificate of Service. Or your attorney must file a response using the Court's ECF System

You must also mail a copy to the undersigned attorney at the address listed below together with all of the parties listed on the service list which appears on the last page of the motion which is on file with the Office of the Clerk at the addresses listed thereon. A copy of your response must be sent to the recipients set forth below by either (a) the court's ECF System or (b) regular U.S. Mail to:

> William B. Fecher
> Statman Harris, LLC
> 35 East 7th Street, Suite 315
> Cincinnati, Ohio  45202

Eric Goering, Chapter 7 Trustee
220 West Third Street
Cincinnati, Ohio 45202

U.S. Trustee
J.W. Peck Federal Building
550 Main Street, Room 4-812
Cincinnati, Ohio 45202

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

DATED: July 3, 2024

/s/ William B. Fecher
William B. Fecher
Statman Harris, LLC
35 East 7th Street, Suite 315
Cincinnati, Ohio 45202
(513) 621-2666
(513) 621-4896 (fac)
wbfecher@statmanharris.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2024, a true and accurate copy of the foregoing Motion to Avoid Judicial Lien and Notice was served on all registered ECF participants, **electronically** through the Court's ECF System at the email address registered with the Court and, by U.S. Mail, postage prepaid, upon:

| | |
|---|---|
| Ronald J. Goldschmidt<br>1355 Hollywood Avenue<br>Cincinnati, Ohio 45224 | Nicholas Pieczonka<br>(by email)<br>Attorney for Creditor |
| | Sonya Jindal<br>(by email)<br>Attorney for Creditor |
| 435 Elm Investment<br>c/o Russell Sayre<br>1800 Firstar Tower, Suite 1800<br>Cincinnati, Ohio 45202<br>(also by Certified Mail) | |

/s/ William B. Fecher
William B. Fecher (0039240)